# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MICHAEL LEVANT JOHNSON**

      v.              C.A. NO. 15-4242

**NANCY GIROUX, SUPERINTENDENT, et al.**

## ORDER

    **AND NOW**, this 29th day of August, 2017, upon careful consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the response, the thorough and well-reasoned report and recommendation of United States Magistrate Judge Thomas J. Rueter, petitioner's objections to the report and recommendation, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**.
2. The report and recommendation of United States Magistrate Judge Thomas J. Rueter [Doc. 17] is **APPROVED** and **ADOPTED**.
3. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.
4. The petitioner having failed to demonstrate that a reasonable jurist could conclude that the court is incorrect in dismissing the petition, there is no ground to issue a certificate of appealability.
5. The petitioner's motion for transcripts [Doc. 24] is **DENIED as moot**.
6. The petitioner's motion for writ of mandamus [Doc. 27] is **DENIED as moot**.
7. The Clerk is **DIRECTED** to mark this case closed.

                                                      BY THE COURT:


                                                      **/s/ Jeffrey L. Schmehl**
                                                       JEFFREY L. SCHMEHL, J.